THE STATE EX REL. MAHONEY *v.* LUCAS COUNTY BOARD OF ELECTIONS.

[Cite as *State ex rel. Mahoney v. Lucas Cty. Bd. of Elections,*

**130 Ohio St.3d 29, 2011-Ohio-4551.**]

*Writ of mandamus granted based on decision in* State ex rel. Coble v. Lucas Cty. Bd. of Elections.

(No. 2011-1386—Submitted September 6, 2011—Decided September 9, 2011.)

IN MANDAMUS.

————————————————

**Per Curiam.**

{¶ 1} Based on our decision in *State ex rel. Coble v. Lucas Cty. Bd. of Elections*, 130 Ohio St.3d 132, 2011-Ohio-4550, 956 N.E.2d 282, we grant a writ of mandamus to compel respondent, Lucas County Board of Elections, to place the name of relator, Neal Mahoney, on the November 8, 2011 election ballot as a candidate for Sylvania Township Trustee.

Writ granted.

O'CONNOR, C.J., and O'DONNELL, CUPP, and MCGEE BROWN, JJ., concur.

PFEIFER and LUNDBERG STRATTON, JJ., concur in judgment.

LANZINGER, J., dissents.

————————————————

**LANZINGER, J., dissenting.**

{¶ 2} For the reasons stated in my dissent in *State ex rel. Coble v. Lucas Cty. Bd. of Elections*, 130 Ohio St.3d 132, 2011-Ohio-4550, 956 N.E.2d 282, I respectfully dissent.

————————————————

Shumaker, Loop & Kendrick, L.L.P., Douglas G. Haynam, and Michael J. O'Callaghan, for relator.

Julia R. Bates, Lucas County Prosecuting Attorney, and Andrew K. Ranazzi, Assistant Prosecuting Attorney, for respondent.

Michael DeWine, Attorney General, and Richard N. Coglianese, Erick D. Gale, and Michael Schuler, Assistant Attorneys General, for intervening respondent, Secretary of State Jon Husted.

_____